14

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

EASTERN   District of   MICHIGAN

SOUTHERN Divis

Ricky Lynn Jones

Antonio Lynn FlukeR
_____
*Plaintiff(s)*
*Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jonathan Hemingway

J. GRimsley

J. FisheR
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 4:23-cv-10842
Assigned To : Behm, F. Kay
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/12/2023
Description: COMP JONES V.
HEMINGWAY, ET. AL (KB)

Jury Trial:  *(check one)*   ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          Ricky Lynn Jones

Address        3501 Dearborn Ave

Flint             MI      48507
             *City*        *State*    *Zip Code*

County        Genessee

Telephone Number

E-Mail Address   ALFluker13@Gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name              Jonathan Hemingway

Job or Title *(if known)*  Federal Bureau of Prisons

Address            4000 East Arkona Rd

Milan          MI     48160
             *City*        *State*    *Zip Code*

County        Washtenaw

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name              J. Fisher

Job or Title *(if known)*  Federal Bureau of Prisons

Address            4000 East Arkona Rd

Milan          MI     48160
             *City*        *State*    *Zip Code*

County        Washtenaw

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name J. Grimsley

Job or Title *(if known)* Federal Bureau of Prisons

Address 4000 East Arkona Rd

Milan MI 48160

City State Zip Code

County Washtenaw

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity  ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

City State Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

First amendment
Fourteenth Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See attachment for Statement of claims

B. What date and approximate time did the events giving rise to your claim(s) occur?

See attachment for Statement of Claim

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment for Statement of Claim

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See attachment for Statement of Claim

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attachment for Relief Sought

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03-29-2023

Signature of Plaintiff

Printed Name of Plaintiff: Ricky Lynn Jones

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

ADDITIONAL PLAINTIFF

Name:      Antonio Lynn Fluker

Address:  PO Box 1000
          Milan, MI 48160

County:    Washtenaw

Email:     ALFLUKER13@GMAIL.COM

## STATEMENT OF CLAIM

On or about November 17, 2022, Plaintiff Jones contacted FDC Milan regarding the detention facilities policy on inmate marriages. Plaintiff Jones spoke with Defendant Fisher. Plaintiff Jones informed Defendant Fisher he wanted to marry Plaintiff Fluker. Once Defendant Fisher learned Plaintiff Jones was intending to marry someone of the same sex. Defendant Fisher advised that "We do not allow inmate marriages at the detention center but once your fiancee have been sentenced you can be married at the facility your fiancee is sent."

Thereafter, Plaintiff Jones contacted FDC Milan again to speak with Defendant Fisher supervisor. Plaintiff Jones once again informed Defendant Grimsley he wanted to marry Plaintiff Fluker. Upon, Defendant Grimsley learning plaintiff's intended to marry who are a same sex couple. Defendant Grimsley stated "We do

not allow inmate marriages at the detention center." Defendant Grimsley informed Plaintiff Jones inmates similarly situated at FCI Milan are allowed to marry only within the months of June and December and he would be providing Plaintiff Fluker with Milan Institution Supplement on inmate marriages.

The Defendants policy on prohibiting marriages of inmates detained at FDC Milan are unconstitutional. Defendant's allow similarly situated inmates at FCI Milan to marry with the restriction that those marriages only may take place in the months of June and December. The restriction to only allow marriages in the months of June and December are an unconstitutional restriction on Plaintiff's fundamental Right to Marry which does not advance any penological objective.

Defendant's acted with reckless indifference to the Plaintiff's constitutional rights when Defendant's deprived the Plaintiff's

2

their fundamental Right to Marry and the protections of the Equal Protection Clause of the Fourteenth Amendment which is clearly established. Defendant's violated Plaintiff's rights while acting under the color of federal law.

On or about December 2022, Plaintiff Jones submitted a visitation request to FDC Milan to visit Plaintiff Jones fiancee Antonio Fluker. Several weeks later, Plaintiff Jones contacted FDC Milan to inquire when the visitation request would be approved. Plaintiff Jones again spoke with Defendant Fisher. Once Defendant Fisher learned that he was speaking with Plaintiff Fluker fiancee which is someone of the same sex.

Defendant Fisher informed Plaintiff Jones that "you have been permanently denied visitation and FDC Milan only allow inmates to visit with immediate family members, a fiancee is not immediate family since you are not legally married." Defendant's

3

policy restriction allowing only immediate family members visitation when defendant's allow inmates similarly situated at FCI Milan unrestricted visitation with non-immediate family members serves no penological objective.

Defendant Fisher intentionally and maliciously denied Plaintiff Jones visitation request permanently based on Plaintiff's are a same sex couple who intend to marry. Defendant Fisher arbitrary denial of Plaintiff Jones visitation request violates both Plaintiff Jones and Fluker First Amendment Right to Association and the Fourteenth Amendment's Equal Protection Clause. Defendant Fisher violated Plaintiff's rights while acting under the color of federal law.

Plaintiff's have notified all defendant's of Plaintiff's intent to seek injunctive relief with this honorable court. Plaintiff's have provided the adverse party with adequate notice as mandated

4

under Federal Rules of Civil Procedure 65(a)(1)and (b)(1).

Plaintiff's demonstrates they will likely suffer an immediate and irreparable injury absent an injunction as Plaintiff's alleges multiple constitutional injuries that cannot be adequately remedied with monetary damages.

Plaintiff's asks this court to issue declaratory relief and the following injunctive relief:

1. Plaintiff's seeks an Preliminary and Permanent Mandatory Injunction ordering the defendant's to allow Plaintiff's to marry while at FDC Milan.

2. Plaintiff's seeks an Preliminary and Permanent Mandatory Injunction ordering the defendant's to approve Plaintiff Jones visitation request.

3. Plaintiff's seeks an Temporary Restraining Order directing the defendant's to cease the policy only allowing immediate family

5

members visitation at FDC Milan.

4. Plaintiff's seeks an Temporary Restraining Order directing the defendants to cease the policy only allowing inmate marriages during the months of June and December.

## Relief Sought:

Plaintiff's seeks Preliminary and Mandatory Injunctive Relief related to Plaintiff's official capacity claims. Plaintiff's additionally seeks Actual Damages of Two Million ($2,000,000) and Punitive Damages of Five Million ($5,000,000) related to Plaintiff's individual capacity claims.

6

Case 2:23-cv-10842-BRM-KGA    ECF No. 1, PageID.29    Filed 04/12/23    Page 14 of 14

Kicky Jones
1409 Sunterrace Dr
Flint MI 48532

(Comp)



United States District Court
Office of the Clerk
231 W. Lafayette Blvd Room 564
Detroit, MI 48226