UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICKY L. JONES, *et al.*, | Case No. 23-10842 |
| Plaintiffs, | F. Kay Behm |
| v. | United States District Judge |
| JONATHAN HEMINGWAY, *et al.*, | Kimberly G. Altman |
| | United States Magistrate Judge |
| Defendants. | |
| _____ / | |

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S SEPTEMBER 18, 2023**
**REPORT AND RECOMMENDATION (ECF No. 19)**

Currently before the court is Magistrate Judge Kimberly G. Altman's September 18, 2023 Report and Recommendation.  (ECF No. 19).  Magistrate Judge Altman recommends denying Plaintiffs' motion for temporary restraining order.  *Id*.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court

1

2

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 19) and **DENIES** the motion for temporary restraining order (ECF No. 5).

    **SO ORDERED**.

Date: October 16, 2023              s/F. Kay Behm
                                    F. Kay Behm
                                    United States District Judge

2